**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**
**Washington, D.C.**

**UNITED STATES**

**v.**

**Joshua J. NETZEL**
**Fireman (E-3), U.S. Coast Guard**

**CGCMG 0263**

**Docket No. 1327**

**9 June 2010**

General Court-Martial convened by Commander, Maintenance and Logistics Command Atlantic. Tried at Norfolk, Virginia on 18 May 2009.

| | |
|---|---|
| Military Judge: | CAPT Gary E. Felicetti, USCG |
| Trial Counsel: | LCDR Kristian B. Pickrell, USCG |
| Defense Counsel: | LT E. Ashleigh Schuller, JAGC, USN |
| Assistant Defense Counsel: | LT Caleb Christen, JAGC, USN |
| Appellate Defense Counsel: | LT Kelley L. Tiffany, USCGR |
| Appellate Government Counsel: | LT Herbert C. Pell, USCGR |

**BEFORE**
**McCLELLAND, KENNEY[1] & CHANEY**
Appellate Military Judges

Per curiam:

Appellant was tried by general court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of possession of child pornography, and one specification of violating 18 U.S.C. 1470 by attempting to transfer obscene material in interstate commerce to a minor, both in violation of Article 134, Uniform Code of Military Justice (UCMJ). The military judge sentenced Appellant to confinement for fifteen months, reduction to E-1, and a dishonorable discharge. The Convening Authority approved the sentence as adjudged. The pretrial agreement did not affect the sentence.

---

[1] Judge Kenney did not participate in this decision.

Before this court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Gail M. Reese
Clerk of the Court